# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1742

_____

United States of America,          *
                                   *
            Appellee,              *
                                   *     Appeal from the United States
      v.                           *     District Court for the
                                   *     Western District of Arkansas.
Felix Herrera, Jr., also known     *
as Felix J. Herrera, Jr.,          *          [UNPUBLISHED]
                                   *
            Appellant.             *

_____

Submitted: November 23, 2007
     Filed: November 29, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Felix Herrera, Jr., challenges the district court's[1] order denying his "Motion for Reduction of Sentence (Rule 35)." We construe the motion as a motion to correct Herrera's sentence filed under Federal Rule of Criminal Procedure 35(a). Cf. Fed. R. Crim. P. 35(b) (upon government's motion within 1 year of sentencing, court may reduce sentence for defendant's substantial assistance). We conclude that the district court did not abuse its discretion in denying the motion, as the sentence did not result

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

"from arithmetical, technical, or other clear error." <u>See</u> Fed. R. Crim. P. 35(a); <u>United States v. Peltier</u>, 446 F.3d 911, 913 (8th Cir. 2006) (standard of review).

Accordingly, the judgment is affirmed.

_____